1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  ARTHUR B. MARK III, State Bar No. 220865
   ZACHARY GLANTZ, State Bar No. 298936
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 210-7345
    Fax:  (916) 324-5205
7   E-mail:  Arthur.Mark@doj.ca.gov
   *Attorneys for Defendant*
8  *M. Pallares*

9   Robert L. Chalfant, State Bar No. 203051
    ROBERT CHALFANT LAW, PC
10  13620 Lincoln Way, Suite 325
    Auburn, California 95603
11  Telephone:   (916) 647-7728
    Facsimile:    (916) 930-6093
12  Email: robert@rchalfant.com
   *Attorney for Plaintiff*
13 *Jane Doe # 8*

14                         IN THE UNITED STATES DISTRICT COURT

15                        FOR THE EASTERN DISTRICT OF CALIFORNIA

16                                      FRESNO DIVISION

| | |
|---|---|
| **JANE DOE #8,** | 1:24-cv-01130- JLT-BAM (PC) |
| Plaintiff, | **STIPULATED MOTION TO STAY CASE PENDING EARLY ADR AND [PROPOSED] ORDER** |
| v. | |
| **GREG RODRIGUEZ, et al.,** | Judge:         Hon. Barbara A. McAuliffe |
| Defendants. | Trial Date:    None set |
| | Action Filed:  September 23, 2024 |

1    Plaintiff Jane Doe #8 and Defendant M. Pallares (the parties), by and through their
2 attorneys,[1] stipulate and jointly move this Court for an order staying this case and vacating
3 pending deadlines and hearings pending completion of early ADR in this case.  Good cause
4 supports the motion as follows.

5    The parties have conferred regarding early ADR and have agreed to private mediation of
6 this matter with the Hon. Magistrate Judge Newman (retired).  The mediation is currently
7 scheduled for December 17, 2024.  The parties anticipate the mediation will resolve this matter in
8 its entirety.  To allow the parties to devote time to preparing for settlement, the parties have
9 agreed that proceedings and discovery in this matter should be stayed and any pending deadlines
10 or hearings vacated.  The parties may, however, informally exchange information to facilitate
11 settlement and may seek a protective order for that purpose.

12   Accordingly, the parties jointly request that this matter be stayed and all pending deadlines
13 and hearings be vacated, including the mandatory scheduling conference currently set for January
14 14, 2025, pending the completion of the mediation

15 Dated:  October 23, 2024              */s/ Arthur B. Mark III*
                                         Arthur B. Mark III
16                                       Deputy Attorney General
                                         *Attorneys for Defendant*
17                                       *M. Pallares*

18

19 Dated: October 23, 2024               */s/ Robert Chalfant*
                                         as authorized 10/23/24
20                                       Robert Chalfant
                                         *Attorney for Plaintiff*
21                                       *Jane Doe #8*

---

[1] Defendant Rodriguez has been served (ECF No. 6) but has not appeared in this action. The Office of the California Attorney General does not currently and does not anticipate representing Rodriguez.

2

**ORDER**

Having reviewed the parties' motion and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The parties' Stipulated Motion to Stay Case Pending Early ADR (ECF No. 10) is GRANTED.

2. This action is stayed, including all discovery, pending the completion of private mediation scheduled for December 17, 2024.

3. All pending deadlines are vacated, including the January 14, 2025 initial scheduling conference.

4. The parties may informally exchange information to facilitate settlement and may seek a protective order for that purpose.

5. The parties shall file a status report and/or notice of settlement with the Court within fourteen days of the completion of the mediation.

IT IS SO ORDERED.

Dated:   **November 5, 2024**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE