UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #8,<br><br>            Plaintiff,<br><br>      v.<br><br>GREG RODRIGUEZ, et al.,<br><br>            Defendants. | Case No.  1:24-cv-01130-JLT-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER TO FACILITATE EXCHANGE OF INFORMATION FOR PURPOSES OF PRIVATE MEDIATION AND ENTERING PROTECTIVE ORDER**<br><br>(Doc. 11) |

On November 1, 2024, the parties[1] filed a joint motion for protective order to facilitate the informal exchange of information for the purposes of private mediation scheduled for December 17, 2024. (Doc. 11.)

Having considered the joint motion of the appearing parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The joint motion for protective order (Doc. 11) is GRANTED.
2. The agreed-upon protective order submitted on November 1, 2024 (Doc. 11-1) is ENTERED.
3. The provisions of the parties' agreement and the protective order shall remain in effect until further order of the Court.

---

[1] Plaintiff Jane Doe #8 and Defendant Pallares have jointly moved for the protective order.  Defendant Rodriguez has not appeared in this action. (Doc. 11 at 1-2.)

1

4. The parties are advised that pursuant to this Court's Local Rules, any documents subject to the protective order to be filed under seal must be accompanied by a written request which complies with Local Rule 141 prior to sealing.

5. The party making a request to file documents under seal shall be required to show good cause for documents attached to a non-dispositive motion or compelling reasons for documents attached to a dispositive motion. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2009).

6. The parties shall consider resolving any dispute arising under the protective order according to the Court's informal discovery dispute procedure.

IT IS SO ORDERED.

Dated: __November 8, 2024__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE